In re EISENBERG. (Supreme Court, Appellate Division, First Department. November 2, 1910.) In the matter of Lester W. Eisenberg. No opinion. Order affirmed. Order filed.

EL DORADO JEWELRY CO., Appellant, v. PENNOCK, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by the El Dorado Jewelry Company against George O. Pennock. No opinion. Motion to dismiss appeal granted, with $10 costs.

ELIOT, Respondent, v. JONES, Appellant. (Two cases.) (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Charles W. Eliot against E. Milton Jones. H. D. Williams, for appellant. E. M. Shepard, for respondent. No opinion. Order (66 Misc. Rep. 95, 120 N. Y. Supp. 989) affirmed, with $10 costs and disbursements. Order filed.

ELKINS COAL & COKE CO., Appellant, v. STONY CREEK COAL & COKE CO., Respondent. (Supreme Court, Appellate Division. First Department. October 14, 1910.) Action by the Elkins Coal & Coke Company against the Stony Creek Coal & Coke Company. G. C. Fox, for appellant. W. S. Newhouse, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ENTWISTLE, Appellant, v. KRAMER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Frank L. Entwistle, as trustee, etc., of Louis H. Kramer, against Louis H. Kramer and another. No opinion. Motion granted, with $10 costs.

EVERS v. METROPOLITAN PRINTING CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Frederick W. Evers against the Metropolitan Printing Company. No opinion. Application denied, with $10 costs. Order signed.

FAHEY, Appellant, v. NEW AMSTERDAM GAS CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Thomas Fahey against the New Amsterdam Gas Company.

PER CURIAM. Judgment affirmed, with costs, on the authority of Fahey v. New Amsterdam Gas Company, 134 App. Div. 611, 119 N. Y. Supp. 437.

WOODWARD, J., dissents.

In re FALVEY et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) In the matter of John S. Falvey and others. No opinion. Motion granted. Settle order on notice.

FEDERAL SUGAR REFINING CO., Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the Federal Sugar Refining Company against the New York Central & Hudson River Railroad Company. E. A. Bigelow, for appellant. W. Mann, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FEINBERG v. FEINBERG. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Herman Feinberg against Fella Feinberg. No opinion. Motion denied. Order filed. See, also, 125 N. Y. Supp. 384, 385.

FERRARO v. HUDSON NAVIGATION CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Raffaele Ferraro, as administrator, against the Hudson Navigation Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FINKELSTEIN v. MEISELMAN et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Mary Finkelstein against Joseph Meiselman and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

FIRST CHURCH OF CHRIST, SCIENTIST, IN BUFFALO, N. Y., Respondent, v. LEAVITT, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by the First Church of Christ, Scientist, in Buffalo, New York, against Annie V. C. Leavitt. No opinion. Order affirmed, with $10 costs and disbursements.

FIRST NAT. BANK OF BINGHAMTON, Respondent, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by the First National Bank of Binghamton against the Mutual Life Insurance Company of New York. No opinion. Judgment and order unanimously affirmed, with costs.

FIRST NAT. BANK OF BROOKLYN, Appellant, v. JENKINS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 23, 1910.) Action by the First National Bank of Brooklyn against John G. Jenkins, Jr., and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

CARR, J., dissents.

FISCHER, Appellant, v. TRUSTEES OF VILLAGE OF CLIFTON SPRINGS, Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by Leonard D. Fischer against the trustees of the Village of Clifton Springs.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents upon the ground that what the plaintiff did in diverting the waters of the stream while acting as water commissioner for the village does not preclude him from asserting and enforcing the right which